FRANCESCO MAIORCA, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JEROME PAUL, Doing Business under the Firm Name and Style of FURRIER PAUL, Respondent, v. SAM MENCHER, as President, or HARRY BEGOON, as Treasurer, etc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOSEPH DAVIS, as Executor, etc., of ELLIS WERNER, Deceased, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JAMES C. VAN SICLEN and C. WALTER RANDALL, Respondents, v. IRVING T. BUSH, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiffs stipulate to reduce the judgment as entered to the sum of $50,187.40; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of ODELL HOLMES, Respondent, v. GEORGE SCHAAB, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse and dismiss the information on the ground that the guilt of the defendant was not established beyond a reasonable doubt.

DOUGLAS CHANDLER, Individually and as Trustee, Appellant, v. WILLIAM H. COVERDALE and Others, Respondents.— Judgment and order affirmed, with costs to the respondents other than George O. Laszlo, individually, etc. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and deny the motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK COHEN and JAMES KELLY, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

EDWARD L. SCHMIDT, Appellant, v. LOUISE SCHMIDT and RAY GENT, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.